# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

__________ Division

Vincent Julian Johnson

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jordan R. MacFarlane
Jennifer L. Jefferies
Nathan A. Henning

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 2: 25 cv 1255

*(to be filled in by the Clerk's Office)*

RECEIVED

AUG 18 2025

CLERK, U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Vincent J. Johnson

All other names by which you have been known:

ID Number: 2012-~~001~~ 0784

Current Institution: Fayette County Jail

Address: 254 McClellandtown Rd

Unintown (City) Pa (State) 15401 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Jordan R. MacFarlane

Job or Title *(if known)*: Pennsylvania State Police (TROOPER)

Shield Number:

Employer: Pennsylvania State Police

Address:

Unintown (City) Pa (State) 15401 (Zip Code)

☑ Individual capacity ☐ Official capacity

Defendant No. 2

Name: Jennifer L. Jefferies

Job or Title *(if known)*: Magestrate DISTRICT Judge

Shield Number:

Employer: Fayette County

Address: S. Mt. Vernon Ave

Unintown (City) Pa (State) 15401 (Zip Code)

☑ Individual capacity ☐ Official capacity

Defendant No. 3

Name: Nathan A. Henning

Job or Title *(if known)*: DISTRICT Magestrate Judge

Shield Number: 

Employer: Fayette County

Address: 27 Nickmans Plaza

Lemont Furnace (City), Pa (State), 15455 (Zip Code)

[✓] Individual capacity [ ] Official capacity

Defendant No. 4

Name: 

Job or Title *(if known)*: 

Shield Number: 

Employer: 

Address: 

City, State, Zip Code

[ ] Individual capacity [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment Right
14th Amendment Right
8th Amendment Right

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was arrested before my affidavit was written against me to obtain their right to locate me and place me into custody. The magestrates allowed the officer to proceed by setting my bail knowing that it was written in the affidavit that I was arrested on hearsay without probable cause. And also whited out original filing of 5-19-24 and handwritten. White out strip over words "Date Filed"

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* Probation Violator.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

"On 5-19-24 at approx 1800hs. Uniontown City Police located me and placed me into custody" for an alleged warrant for PSP as written in the Police Criminal Complaint. Trooper MacFarlane signs the complaint acknowleging the process that is due of "Before a warrant of Arrest can be issued, an Affidavit of P.C. must be completed. He signed. and dated 5-19-24. Magestrates set bail excessively even on hearsay.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Fayette County Jail when pepper sprayed due to emotional distress and mental anguish

C. What date and approximate time did the events giving rise to your claim(s) occur?

I was arrested and placed into custody by Uniontown City Police on 5-19-24 and committed in FCJ on 5-19-24 for unable to place bail that was set to $10,000 for hearsay evidence. The words "Date Filed" on all police criminal complaint papers were whited-out and handwritten in all changing dates from 5-19-24 to 5-20-24 But was committed in County Jail on 5-19-24.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

on 5-19-24 I was arrested by Uniontown City Police, for an alleged PSP arrest warrant. taken to Booking center I was arraigned by Jennifer Jefferies on a hearsay case setting my bail to $10,000 then taken to FCJ for not paying. I was committed for such reason. The only evidence was hearsay. A statement that I allegedly claimed, which wasnt Probable cause or even enough to obtain an arrest warrant from an issuing authority who studied the law and knows the process that is due to encarcerate me legally. Magestrates office whited out the "Date Filed" on all documents and hand wrote 5-20-24 which would allege that charges were filed after the Fayette County Jail committed me on excessive illegal bond.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I wasnt being heard in the jail about my claims of innocense and began acting irratically and not myself. I was pepper sprayed by Lt. Bob Sproul for my actions and claims in the jail. I suffered pain + suffering, emotional distress, mental anguish, paranoia of law enforcement and Fayette County government.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

mental anguish, emotional distress, pain and suffering, 602 days of encarceration, humiliation, violation of due process, false imprisonment false arrest, excessive bail, discrimination. Malicious Prosecution

1.5 million dollars

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [ ] Yes
- [x] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [ ] No
- [x] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [x] No

E. If you did file a grievance:

1. Where did you file the grievance?

   Fayette County Jail
   & DA office

2. What did you claim in your grievance?

   that I was confined for hearsay when affidavit was written after arrest, to obtain an arrest warrant which violates my Rights as US citizen

3. What was the result, if any?

   ~~N/A~~ No Reply

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I was asked by Lt Sproul why I was acting out and I explaind I was arrested for being innocent until proven ~~guilt~~ guilty

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Vincent Johnson

   Defendant(s) Jordan R. MacFarlane, Jennifer Jefferies, Nathan A Hennic

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United States District Court (Western)

3. Docket or index number

   civil Docket For Case #: 2:24-cv-01248-MJH

4. Name of Judge assigned to your case

   Judge Marilyn J. Horan

5. Approximate date of filing lawsuit

   Date Filed: 10/7/24

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. 7-22-2025

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   The case was dismissed for failure to prosecute because I had no way of recieving mail at the time of the initial case managment conference.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 8th 2025

Signature of Plaintiff: Vincent J. Johnson
Printed Name of Plaintiff: Vincent J. Johnson
Prison Identification #: # 2012-0784
Prison Address: 254 McClellandtown Rd
Uniontown (City) Pa (State) 15401 (Zip Code)

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______
Printed Name of Attorney ______
Bar Number ______
Name of Law Firm ______
Address ______
______ City ______ State ______ Zip Code

Telephone Number ______
E-mail Address ______